Kelvin L. SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99640.

Missouri Court of Appeals,
Eastern District,
Division One.

April 1, 2014.

Scott Thompson, St. Louis, MO, for Appellant.

Chris Koster, Andrew C. Hooper, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Kelvin Smith appeals from the motion court's judgment, without an evidentiary hearing, denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).